Date: 6-10-16  **SENTENCING**  Judge: O'Grady
Reporter: N. Linnell
Start: 9:28
End: 10:13

UNITED STATES of AMERICA
V.

Amin Al-Baroudi   Case Number: 1:15cr102-001

Counsel/Govt: Julia Martinez   Counsel/Deft: Ibrahim Moiz and Anthony Capazoola
Court adopts PSI (✓) without exceptions ( ) with exceptions: ___

**SENTENCING GUIDELINES:**
Offense Level: 23
Criminal History: I
Imprisonment Range: 46 to 57 months
Supervised Release Range: 1 to 3 years
Fine Range: $___ to $___
Restitution $___
Special Assessment $___ ( ) Satisfied   ( ) Unsatisfied, due immediately

Court departs from Guidelines pursuant to:
___ USSG 5H1.4
___ USSG 5K1.1
___ USSG 5K2.12
___ USSG 5C1.2
___ Other: ___

**JUDGMENT OF THE COURT:**
BOP for 32 months with credit for time served ✓
Supervised Release for 2 Years, with special conditions: ( ) Yes ( ) No
Supervised Probation for ___ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of $___ due immediately/ monthly installments of $___ to begin w/in ___ days
Restitution of $___ due immediately/ monthly installments of $___ to begin w/in ___ days
of release from custody/imposition of sentence
( ) Fine/costs of incarceration waived   NO COSTS

**SPECIAL CONDITIONS:**
___ Dft. to remain drug free, submit to In/Out patient testing as directed.
___ Dft. must participate in ___ counseling as directed.
___ No new credit
___ Access to all financial records.
___ Dft. must notify employer
___ Dft. must pay restitution in monthly install. of $___ to begin ___ days after release from custody.
✓ Drug testing waived @ P.O.'s discretion / Mental health waived @ P.O.'s discretion
___ Home confinement for the first ___ months to only leave the home for employment, attend medical needs, meet with attorneys, probation officer, or to attend any religious services.
___ Dft. must fully cooperate w/INS in any deportation proceedings; may not re-enter w/o perm.
✓ Any unexpected windfall sums or tax returns to pay the SA.

**RECOMMENDATIONS to BOP:**
✓ Dft. To be designated to: Close to Los Angeles, to be near family.
___ Dft. designated to facility to participate in ICC (Boot Camp) type program
___ Dft. to participate in 500 hrs Intensive Drug Treatment Program
___ Other: ___

**Defendant:** (✓) Remanded ( ) Cont'd on Bond to Self-Surrender ( ) Referred to USPO ( ) Immediate Deportation