PROB 49 (3/89)
VAE (rev. 05/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Amin Al-Baroudi                                Criminal No. 1:15CR00102-001

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. You shall participate in a mental health treatment program, as directed by the probation officer. You shall pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of mental health counseling. The actual co-payment schedule shall be determined by the probation officer.

2. You shall provide the probation officer with access to any financial information, including tax returns, and shall authorize the probation officer to conduct credit checks and obtain copies of income tax returns.

3. You shall submit your person, residence, office, vehicle, computer, other electronic communication or data storage devices or media, and effects or any property under your control to search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you shall warn any residents that the premises may be subject to searches.

4. You shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

5. You shall cooperate in the collection of DNA as directed by the probation officer.

6. You shall not open any new lines of credit and/or incur new debt without the prior permission of the probation officer.

7. As directed by the probation officer, you shall enroll in the probation office's Computer and Internet Monitoring Program (CIMP) and shall abide by the requirements of the CIMP program and Acceptable Use Contract.

8. You shall consent to the probation officer conducting periodic unannounced examinations of your computer equipment which may include retrieval and copying of all data from your computer(s) and any peripheral device to ensure compliance with this condition, and/or removal of any such equipment for the purpose of conducting more thorough inspection. You shall also consent to the installation of any hardware or software as directed by the probation officer to monitor your Internet use.

**TO CLERKS OFFICE**

PROB 49 (3/89)
VAE (rev. 05/17)

Witness: __C. Cook__  
U.S. Probation Officer

Signed: __A Baroudi__  
Probationer or Supervised Releasee

__5.24.18__  
Date

Respectfully,

## ORDER OF COURT

Considered and ordered this __25th__ day of __May__, 20__18__ and ordered filed and made a part of the records in the above case.

__Liam O'Grady__  
United States District Court Judge

Digitally signed by Paul T. Arnett
Date: 2018.05.25 10:00:42 -04'00'

Frank Weaver  
U.S. Probation Officer

Place: Alexandria

Date:

TO CLERKS OFFICE